1 | WRIGHT, FINLAY & ZAK, LLP
2 | T. Robert Finlay, Esq., SBN 167280
   | David L. Chaffin, Esq., SBN 258459
3 | 4665 MacArthur Court, Suite 280
4 | Newport Beach, CA  92660
   | (949) 477-5050; Fax: (949) 477-9200 *(Rose, Ronald/ Pleadings/ Notice of Removal)*
5 |
6 | Attorneys for Defendant,
7 | AMERICAN HOME MORTGAGE SERVICING, INC.

8 | UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROSE      Pro Se | ) Case No.: |
| 2565 HILL ROAD | ) |
| LAKEPORT CA 95453, | ) **NOTICE OF REMOVAL OF** |
| | ) **ACTION PURSUANT TO** |
| Plaintiff, | ) **28 U.S.C. §1441(b)** |
| | ) |
| vs. | ) [Federal Question] |
| | ) |
| AMERICAN HOME MORTGAGE | ) |
| SERVICING, INC., a Business Entity | ) |
| form unknown; Option One Mortgage, a | ) |
| Business Entity form unknown; and | ) |
| Does 1 through 50, inclusive, | ) |
| | ) |
| (Notice to Agents is Notice to Principals | ) |
| Notice to Principals is Notice to Agents) | ) |
| | ) |
| Defendants. | ) |
| | ) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA:**

   **PLEASE TAKE NOTICE** that Defendant AMERICAN HOME

MORTGAGE SERVICING, INC. ("AHMSI" or "Defendant") hereby removes to

this Court the state court action described below:

-1-

**NOTICE OF REMOVAL OF ACTION**

1.    On October 15, 2010, Plaintiff RONALD ROSE ("Plaintiff") filed a Complaint against Defendant AHMSI, OPTION ONE MORTGAGE and DOES 1-50, in the Superior Court of the State of California, for the County of Placer, entitled *Rose v. American Home Mortgage Servicing, Inc., et al.* Case No. SCV0028101 ("State Court Action").  A true and correct copy of that Complaint is attached hereto as Exhibit "1."

## FEDERAL QUESTION

2.    The Action may be removed to this Court in accordance with 28 U.S.C. § 1441(b) since this Court has original jurisdiction, pursuant to 12 U.S.C. § 1331, over the federal questions presented in Plaintiff's Complaint. Specifically, Plaintiff's Complaint asserts causes of action for violations of the following codified laws of the United States:

    **a.**    Fair Debt Collection Practices Act ("FDCPA") (15 U.S.C. § 1692);[1]

    **b.**    18 U.S.C. § 2701;[2]

    **c.**    Federal Rules of Civil Procedure ("FRCP") Rule 17;[3]

    **d.**    The Real Estate Settlement Procedures Act ('RESPA") (12 U.S.C. § 2605);[4] and

    **e.**    The Truth in Lending Act ("TILA") (15 U.S.C. § 1601 et seq.).[5]

3.    The Complaint's remaining causes of action assert the following California state law claims:

    **a.**    Declaratory Relief;[6]

---

[1] Complaint ¶ 14.
[2] Complaint ¶¶ 25, 29.
[3] Complaint ¶ 37.
[4] Complaint ¶ 43.
[5] *Id.*
[6] Complaint, ¶¶ 15-18.

-2-

Each of the aforementioned state law claims is transactionally related to, and arises out of, the same common nucleus of operative fact as, the federal claims stated above and thus, each state law claim is subject to the supplemental jurisdiction of this Court under 28 U.S.C. § 1367(a), as being part of the same case or controversy.

4. Defendant *received* a copy of Plaintiff's Complaint on November 4, 2010, and bring this Notice of Removal within thirty (30) days therefrom, as required by 28 U.S.C. § 1446(b).

5. Defendant is unaware if any other named defendant to the Action has received or been served with the summons, Complaint in this Action, although reasonable diligence has been performed to ascertain such information, as well as to reach an authorized individual for each of the remaining defendants. Also, none of the named defendants have appeared in this Action or responded to the Complaint.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: December 6, 2010          By: _____

T. Robert Finlay, Esq.
David L. Chaffin, Esq.
Attorneys for Defendant,
AMERICAN HOME MORTGAGE
SERVICING, INC.

-3-

NOTICE OF REMOVAL OF ACTION

EXHIBIT 1

**SUMMONS** *11-4-10* SUM-100
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

OCT 15 2010

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By K. Hoofman, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
American Home Mortgage Servicing Inc

**YOU ARE BEING SUED BY PLAINTIFF:** Ronald Rose
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER
P.O. Box 619072
Roseville CA 95661-9072

CASE NUMBER: *(Número del Caso):*
**SCV0028101**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ronald Rose
2565 Hill Road Lakeport CA 95453

DATE: OCT 15 2010
*(Fecha)*

Clerk, by K. Hoofman, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
   American Home Mortgage Servicing Inc.
3. ☒ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☒ by personal delivery on (date): 11-4-10

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

Martin Dean's
ESSENTIAL FORMS™

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

[COPY stamp]
[SEAL]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Ronald Rose
2565 Hill Road
Lakeport CA 95453
TELEPHONE NO: (707) 263-4794   FAX NO.:
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF *Placer*
STREET ADDRESS:
MAILING ADDRESS:   SUPERIOR COURT OF CALIFORNIA
CITY AND ZIP CODE:   COUNTY OF PLACER
BRANCH NAME:   P.O. Box 619072
                Roseville CA 95661-9072

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

OCT 15 2010

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By K. Hoofman, Deputy

CASE NAME: *Ronald Rose vs American Home Mortgage Servicing Inc*

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: **SCV 0028101** |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☒ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☒ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action (specify):
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: October 15, 2010

Ronald Rose
(TYPE OR PRINT NAME)          ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

# IN THE SUPERIOR COURT OF THE STATE OF CALFORNIA

## IN AND FOR PLACER COUNTY, STATE OF CALFORNIA

### CIVIL DIVISION

Date: October 15, 2010

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

OCT 15 2010

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By K. Hoofman, Deputy

| | |
|---|---|
| RONALD ROSE     Pro Se<br>2565 HILL ROAD<br>LAKEPORT CA 95453,<br>       Plaintiff,<br>   vs.<br>AMERICAN HOME MORTGAGE<br>SERVICING INC, a Business Entity form<br>unknown; Option One Mortgage, a<br>Business Entity form unknown; and Does<br>1 through 50, inclusive,<br>   (Notice to Agents Is Notice to Principles<br>   Notice to Principles is Notice to Agents)<br>       Defendants. | CASE NO.: **SCV0028101**<br><br>**VERIFIED COMPLAINT**<br><br>DECLARATORY JUDGEMENT FOR<br>VERIFICATION OF DEBT<br><br><br>NO VALUE<br><br>JURY TRIAL REQUESTED |

## DECLARATORY JUDGEMENT FOR VERIFICATION OF DEBT

Reference

Loan Number: 0012601753

Deed of Trust Number: 2004-0008370

Property Address: 8701 GOLDEN AVE., KINGS BEACH, CA 96143

**INTRODUCTION**

COMES NOW the Plaintiff Ronald Rose, *pro per,* hereinafter referred to collectively as "Plaintiff"), alleges as follows:

In a non-judicial State, the normal law governing the proper conduct of a foreclosure is covered under the CALFORNIA Civil Rules of Procedures.  However, in this case, the point at issue is over the promissory note (a negotiable instrument) and the right of enforcement of such by the Defendant.  Therefore, this controversy must be governed under the CALFORNIA Commercial Code (or Uniform Commercial Code).

Declaratory Judgment is sought by the Plaintiff to compel the Defendant to provide proof of claim before they are allowed to enforce the note.  The Defendant currently insists on enforcing the note but pointedly refuse to provide valid proof of claim besides a photocopy of the note made years ago.

A Promissory Note, like a check is a one of a kind negotiable instrument.  One can not take a photocopy of a check to a bank to cash it.  It is for this reason that the original wet ink signature promissory note is a critical piece of material evidence to establish whether or not the Defendant is the Holder in Due Course (as governed under the CALFORNIA Commercial Code), and if not, who is.

The point at issue of this controversy is the right of enforcement of the Promissory Note by the Defendant.

## JURISDICTION AND VENUE

Property is in PLACER County and therefore falls under this Honorable Court's jurisdiction.  The Plaintiff lives in LAKE County and the Defendant have done extensive business in PLACER County.

## JUDICIAL NOTICE

Plaintiff moves this Honorable Court to take the following Mandatory Judicial Notice

1) Under the Federal Rules of Civil Procedure Rule 201 (d) of the following:

    a. The United States Supreme Court, in *Haines v Kerner* 404 U.S. 519 (1972), said that all litigants defending themselves must be afforded the opportunity to present their evidence and that the Court should look to the substance of the complaint rather than the form.

    b. In *Platsky v CIA*, 953 F.2d 26 (2nd Cir. 1991), the Circuit Court of Appeals allowed that the District Court should have explained to the litigant proceeding without a lawyer, the correct form to the plaintiff so that he could have amended his pleadings accordingly.  Plaintiff respectfully reserves the right to amend this complaint.

2) Under the Federal Rules of Evidence:

In Omychund v Barker (1745) 1 Atk, 21, 49; 26 ER 15, 33, Lord Harwicke stated that no evidence was admissible unless it was "the best that the nature of the

case will allow".

a) Rule 1002. Requirement of Original

To prove the content of a writing, recording, or photograph, the original writing, recording, or photograph is required, except as otherwise provided in these rules or by Act of Congress.

b) Rule 1003. Admissibility of Duplicates

A duplicate is admissible to the same extent as an original unless (1) a genuine question is raised as to the authenticity of the original or (2) in the circumstances it would be unfair to admit the duplicate in lieu of the original.

In presenting evidence regarding the promissory note, a photocopy is considered a forgery for this purpose as its authenticity is at issue and it is unfair to the admit the duplicate in lieu of the original.  The original contains material evidence pertaining to who the current holder in due course that the duplicate (made years ago) does not.

3) Governing Law. In Santens vs. Los Angeles Finance Co., 91 Cal.App.2d 197 204 P.2d 619, it was held that the note carries with it the security and the trust deed was merely an incident of the debt and could only be foreclosed by the owner of the note.

Therefore, material to the case is who the real party of interest of the promissory note.  Therefore, the governing body of law in this civil action must be under CALFORNIA Commercial Code as it pertains to the right of enforcement of the negotiable instrument.

## THE PARTIES

1. The Plaintiff is RONALD ROSE, the borrower of this purported loan and owner of the subject property.

2. The Defendant, AMERICAN HOME MORTGAGE SERVICING INC, is the alleged lender of this purported loan with adverse interest in the controversy.  The Defendant wishes to enforce the promissory note but have pointedly refused to provide any valid proof of claim of standing to enforce the negotiable instrument despite 2 Qualified Written Requests.

## DEMAND FOR JURY TRIAL

3. Purusant to Rule 38 (b), a Jury Trial is Demand.

## STATEMENT OF FACTS

4. With the widespread practice of "mortgage backed securities" trading and the pooling of mortgages, it is uncertain who is actually the note holder in due course of the Plaintiff's promissory note and Deed of Trust1.

5. Furthermore, it is pattern and practice of banking institutions to sell and/or assign loans, therefore it is uncertain who is actually the current note holder in due course and who is entitled to enforce the promissory note.

6. Therefore, it is reasonable for the Plaintiff to verify whether or not the Defendant has a valid claim, and the lawful right of enforcement to collect money on the alleged loan.  Therefore, the Plaintiff wishes to verify that the Defendant has proof of claim and standing.

7. On MAY 6, 2010 , Plaintiff did send to Defendant via certified mail a letter (Exhibit A) requesting valid proof of claim within 21 days.  The Defendant only provided a photocopy of the Deed of Trust and Promissory Note made years ago.  This photocopy is insufficient proof as it does not answer the question of who the current holder in due course and who has the power to enforce the instrument.  This photocopy is considered a forgery for this intent and purpose.

8. On JUNE 25, 2010, Plaintiff did send to Defendant via certified mail a second demand letter (Exhibit B) requesting proof of claim.  With this second request, Plaintiff informed Defendant that should they fail to produce proof of claim within 10 days, they will have exhausted their administrative remedy under a private administrative process

---

[1]  See eg, James R. Barth et al., A Short History of the Subprime Market Meltdown 5 fig.2 (Milken Institute 2008), available at http://www.milkeninstitute.org/publications/publications.taf?function=detail&ID=3880103 8&cat=Papers (Showing that approximately 85% of all home mortgages originated in 2006 and 2007 were securitized)

and have given, through tacit agreement, acknowledgement that they do not have a valid claim, nor the right of enforcement.  The Defendant again only provided a photocopy of the Deed of Trust and Promissory Note made years ago.

9. The Defendant was specifically asked to stipulate whether or not they were a creditor under Generally Accepted Accounting Principles in the loan transaction to show whether or not they are a real party of interest.  This question was ignored in the Defendant's response.

10. The Defendant was asked pointedly and specifically whether or not they are the Note Holder in Due Course, if not to identify who was.  This question was ignored in the Defendant's response.

11. In response to the Defendant's inability to produce sufficient proof of claim, on JUNE 10, 2010, Plaintiff attempted to recorded a Notice of Default on October 5, 2010 (see Exhibit C) in the PLACER COUNTY RECORDER's Office on the Defendant for lack of proof of claim.  The PLACER COUNTY RECORDER's Office refused to record Notice of Default on behalf of Plaintiff.

12. The Defendant were given numerous opportunities to respond to this matter but have chosen to remain silent and consent to Plaintiff's lawful declarations and actions through tacit agreement.

13. An Affidavit unrebutted stands.  The Defendant has not offered any rebuttal to the Plaintiff's Notices (entered No Contest).  Therefore, through estoppel via acquiescence, the Defendant has exhausted their administrative remedy in this matter.  The Defendant have had their opportunity to be in honor but have chosen not to provide valid proof of claim through their (lack of) actions.

14. Under the Fair Debt Collections Practices Act (USC TITLE 15 > CHAPTER 41 > SUBCHAPTER V > § 1692g), this Debt is hereby disputed. The Plaintiff has the right to know whether or not the Defendant has the right of enforcement on the debt/promissory note.  Until this matter is resolved, all collections activities must cease.

## CAUSE OF ACTION

15. The point at issue is whether or not the Defendant have valid proof of claim and therefore Standing to enforce the instrument.  Under U.C.C. - ARTICLE 3 -§3-301, it is necessary for the Defendant to establish proof of claim in order to have the authority to enforce the negotiable instrument.   As the Defendant has pointedly refused to provide proof of claim to Plaintiff's two Qualified Written Requests, the Plaintiff hereby petitions this Honorable Court to render a Declaratory Judgment as to whether or not the Defendant has valid claim on the purported loan as referenced in this case.

**Elements of a Declaratory Judgment**

1. There is a bona fide, actual, present, practical need for the declaration sought. HERE, the Defendant has foreclosed to collect on an alleged debt but have refused to provide any proof of claim despite two Qualified Written Requests.  THEREFORE, a declaration is sought from this court to determine whether the Defendant has claim on the promissory note.

2. The declaration deals with present, ascertained or ascertainable state of facts or present controversy as to a state of facts. Anticipated future controversies will not support the action.  HERE, the Defendant has foreclosed on the subject property. THEREFORE, the declaration is required to resolve a clear and present controversy.

3. Some right, power, privilege, or immunity of the complaining party is dependent on

the facts or the law applicable to the facts. HERE, the Plaintiff has the right to demand
presentment of the original instrument under U.C.C. - ARTICLE 3 -§3-501 (b) 2 (1). It is
uncertain who is the Holder in Due Course or whether the Defendant have any rights of
enforcement. THEREFORE, the Plaintiff motions this court to compel the Defendant to
provide valid proof of claim.

4. Some person has or may have an actual, present, adverse, and antagonistic interest
in the subject matter, either in fact or law. HERE, the Defendant claims to have the right
of Holder in Due Course and seeks to enforce the negotiable instrument. As it is the
pattern and practice of the Defendant to sell/assign notes that comes into their
possession, the Plaintiff has the right to know who is the real party of interest in this
subject matter, THEREFOR; the declaration is required to clarify each party's position in
this controversy.

5. The adverse and antagonistic interest is before the court by proper process or class
Representation, HERE, there is genuine adverse interest. The Defendant has
foreclosed on the subject property but refused to provide valid proof of claims as
defined under Uniform Commercial Code. THUS, intervention of the court is sought to
clarify the Defendant's position and the rights of the Plaintiff.

6. The relief sought is not merely the giving of legal advice by the court or an answer to
questions founded merely in curiosity. HERE, an absolute declaration is petitioned
before this court to adjudicate the rights of each party involved in this controversy. The
Defendant has refused to show cause or any proof of claim but insists on bullying their
way on the issue of enforcement. THUS, a declaration is needed to compel the
Defendant to either provide proof of claim or release their claim over the Plaintiff.

16. In conclusion, having fulfilled all the elements of the declaratory judgment, this court has subject matter jurisdiction to declare the rights of each party in this clear and present controversy involving the promissory note, who the real parties of interest are and who has standing to enforce the negotiable instrument.

17. While it is true that the burden of proof rests upon the Plaintiff, in this case, the Plaintiff has done everything in the Plaintiff's power to obtain the critical evidence to resolve this matter through a private administrative process. Material evidence critical to this controversy is the original wet ink promissory note containing the "allonge" which documents the official chain of title of the note assignment.  The rule of evidence governing a negotiable instrument is covered under the Uniform Commercial Code.  If in fact, the Defendant is the Holder in Due Course, the Defendant will have no problem producing this vital piece of evidence.  If the Defendant can not or refuses to provide this evidence, then they admit and acknowledge they do not have the right of enforcement.

18. Plaintiff motions this Honorable Court to take judicial notice of the Affidavit (see Exhibit D) as evidence before this court for this case.

## PRESUMPTIONS OF LAW REBUTTED

**1) The Defendant is the Holder is Due Course and has the Right of Enforcement**

19. It is the presumption that the Defendant is the Holder in Due Course and has the right of enforcement.

20. The Plaintiff hereby motions the court to take judicial notice that the Plaintiff is rebutting this presumption.  This point is at issue in this controversy.

1

2

3                                    **CLAIMS**

4

5   **2) The Defendant have no Standing to Enforce the Negotiable Instrument**

6

7        21. Despite repeated qualified written requests to the Defendant for proof of

8   claim, the Defendant has failed to provide valid proof.

9

10       22. The Defendant failed to stipulate clearly who the Holder in Due Course is

11  (and whether or not they are in fact the Holder in Due Course).

12

13       23. The Defendant failed to provide any proof that they have the authority to act

14  on behalf of the boni fide Holder in Due Course.

15

16       24. Under U.C.C. - ARTICLE 3 -§3-301, the authority to enforce the promissory

17  note comes directly from the Holder in Due Course.  At issue is who the Holder is and

18  whether the Defendant has the authority of or from the Holder.

19

20       25. Under U.C.C. - ARTICLE 3 -§3-501 (b) 2 (1) **the ORIGINAL WET INK**

21  **SIGNATURE PROMISSORY NOTE and allonge together with the ORIGINAL WET**

22  **INK Deed of Trust,** signed by Defendant in association to the loan pursuant of USC

23  Title 18, Part1, Chapter 101 § 2071.

24  is the only allowable evidence as proof of claim.  The original promissory note with

25  allonge is critical material evidence to support the Defendant's proof of claim as it

26  contains the only valid and legally binding chain of title of assignment on the negotiable

27  instrument and identifies who the last legal Holder in Due Course.  A photocopy of the

28

1 instrument made years ago is insufficient proof of claim and is rejected by the Plaintiff,

2 as it does not provide any evidence as to who the current Holder in Due Course is.

3

4       26. Under U.C.C. - ARTICLE 3 -§3-308, the signature in an instrument denied by

5 the Party under whom enforcement is required is not admissible. The burden of proof

6 must be bore by the Party seeking enforcement (the Defendant). Therefore, for the

7 purpose of this controversy, all photocopies of the promissory note is considered a

8 forgery as the signature on any photocopy supplied by the Defendant can not be

9 verified, and its authenticity is disputed.

10

11       27. If Defendant can not show they are a Note Holder in Due Course nor

12 establish lawful authority from the true Note Holder in Due Course, then they have no

13 Standing to have the right of enforcement.2, 3, 4, 5

14

15       28. Under similar circumstances, other courts have stated:

16 It is the creditor's responsibility to keep a borrower and the Court informed as to who

17 owns the note and mortgage and is servicing the loan, not the borrower's or the Court's

18 responsibility to ferret out the truth...

19

20 29. It is worth repeating that the rules of this Court apply to the Defendant. Their private

21 agreements and the frenzied trading market for mortgages do not excuse compliance

22 with U.C.C. - ARTICLE 3 -§3-501 (b) 2 (1) and USC Title 18, Part1, Chapter 101 § 2071

23

24 _____

25 [2] Massachusetts In re Schwartz, 366 B.R.265 (Bankr. D. Mass. 2007)
[3] Nosek v. Ameriquest Mortgage Company (In re Nosek), 286 Br. 374 (Bankr D Mass.

26 2008).

27 [4] 521 F.Supp. 2d (S.D. Ohio 2007).

28 [5] Illinois U.S. Bank, N.A. v. Cook, 2009 WL 35286 (N.D. Ill. January 6, 2009).

**EVIDENCE**

30. The Defendant has lost their right to contest this claim via estoppel through acquiescence.  This matter has been resolved through private administrative process as described in the Statement of Facts.  Plaintiff has entered an affidavit under penalty of perjury attesting to this fact.  See Exhibit D.

**3) Bifurcation Removes Security and the Right to Foreclose**

31. State law requires that every assignment of the promissory note be recorded at county record as it relates to a party of interest on the real property.

32. When an assignment of the promissory note is made without the matching assignment of the deed of trust, bifurcation results.

33. In order for a negotiable instrument to be secured by real property, the promissory note and the beneficiary on the Deed of Trust must be assigned to a new party every time an assignment takes place

34. U.C.C. - ARTICLE 9 -§9-308 (d) governs the transfer and the perfection of transfer of a negotiable instrument.  However, under U.C.C. - ARTICLE 9 -§9-109 (d) 11 (a) which excludes the continuity of real estate in a perfection of a negotiable instrument transfer. Therefore when a promissory note is assigned to one party, and the deed of trust is assigned to another, this results in the separation of the security from the debt obligation as evidence by the language on the Deed of Trust "this promissory note is secured by the deed of trust".

35. Therefore, without valid assignment when the Defendant assigns its interest in the promissory note to POWER DEFAULT SERVICES INC, the chain of title of the Deed of Trust is broken.  This means that the right to enforce the Deed of Trust is permanently broken.

36. Therefore, the Defendant does not have the authority to foreclose on the subject property.  The obligation is now an "unsecured debt".

**4) The Defendant lacks Standing as a Creditor in this controversy.**

37. Fed. R. Civ. P. 17 states "an action must be prosecuted in the name of the real party of interest."  The standing doctrine "involves both constitutional limitations on federal court jurisdiction and prudential limitations on its exercise." Kowalski v. Tesmer, 543 U.S. 125, 128-29, 125 S. Ct. 564, 160 L. Ed. 2d 519 (2004) (quoting Warth v. Seldin, 422 U.S. 490, 498, 95 S. Ct. 2197, 45 L. Ed. 2D 343 (1975)).  Constitutional standing under Article III requires, at a minimum, that a party must have suffered some actual or threatened injury as a result of the defendant's conduct, that the injury be traced to the challenged action, and that it is likely to be redressed by a favorable decision. (Valley Forge Christian Coll. V. Am. United for Separation of Church and State, 454 U.S 464, 472, 102 S. Ct. 752, 70 L. Ed. 2d 700 (1982) (citations and internal quotations omitted)).  Beyond the Article III requirements of injury in fact, causation, and redressibility, the creditor must also have prudential standing, which is a judicially-created set of principles that places limits on the class of persons who may invoke the courts' powers. (Warth v. Seldin, 422 U.S. 490, 499, 95 S. Ct. 2197, 45 L.Ed. 2d 343 (1975)).  As a prudential matter, a plaintiff must assert "his own legal interests as the real party in interest". (Dunmore v. United States, 358 F.3d 1107, 1112 (9th Cir. 2004), as found in Fed. R. Civ. P 17, which provides "an action must be prosecuted in the name of the real party of interest"

38. In order to have Standing in this controversy, the Defendant must show that they are a real party of interest (Patton v. Diemer, 35 Ohio St. 3d 68; 518 N.E.2d 941; 1988), In re Weisband v. GMAC, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA. Case No. 4:09-bk-05175-EWH.

39. Defendant is not a Creditor of the security instrument under Generally Accepted Accounting Principles (GAAP) and therefore lacks standing.  In order to have Standing in this controversy, the Defendant must show that they are a real party of interest.

40. Under Generally Accepted Accounting Principles, a Creditor is defined as a party who has Debited his account and Credits the Debtor. 6, 7  The Defendant merely monetized Plaintiff's Promissory Note and extended credit to the Plaintiff without actually loaning Plaintiff any of their money.  Defendant neither debited their account nor risked any of their own money.  If the Defendant can not show actual loss as a result of the issuance of the loan, they are not a party of interest and therefore does not have Standing in this controversy.

---

[6] "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit.  If a bank could lend its credit as well as its money, it might, if it received compensation and was careful to put its name only to solid paper, make a great deal more than any lawful interest on its money would amount to.  If not careful, the power would be the mother of panics . . . Indeed, lending credit is the exact opposite of lending money, which is the real business of a bank, for while the latter creates a liability in favor of the bank, the former gives rise to a liability of the bank to another. *I Morse. Banks and Banking* 5th Ed. Sec 65; *Magee, Banks and Banking*, 3rd Ed. Sec 248." *American Express Co. v. Citizens State Bank*, 181 Wis. 172, 194 NW 427 (1923).

[7] "A bank is not the holder in due course upon merely crediting the depositors account." *Bankers Trust v. Nagler*, 23 A.D.2d 645, 257 N.Y.S.2d 298 (1965).

## CONCLUSION

41. Before the issue of the alleged debt can be resolved, the Defendant must first provide proof that they are in fact entitled to enforce the security instrument. Much like making payments for a stolen vehicle, under Uniform Commercial Code, the Debtor is entitled to demand proof of ownership of the Note and/or written authority from a boni fide holder in due course from the Defendant.

42. In order to establish whether the Defendant has Standing in the controversy, the Defendant must provide proof that they are a real party of interest. If the Defendant can not provide proof that they are entitled to enforce the security instrument, and can not stipulate that they are the Creditor under GAAP, they do not have subject matter jurisdiction. The Defendant must stipulate whether or not they practice GAAP whereby Defendant suffered true financial loss as a result of the alleged loan through debiting their own account while crediting the Plaintiff's account.

43. The Defendant has already failed to produce proof of claim despite given 2 opportunities to do so under the Plaintiff's qualified written requests. Defendant was required to respond under the Real Estate Settlement Procedures Act (RESPA) and Truth in Lending Act (TILA). Therefore under estoppel through acquiescence, the Defendant has already admitted their guilt in this matter. They can not provide proof of claim and have lost their right to contest in this matter (res judicata).

44. If the Defendant would simply produce the original wet ink promissory note with the allonge and the original Deed of Trust, we can all go home as this matter will be settled. Instead, they will not and can not. Their refusal to provide critical material evidence in this controversy is admission of their lack of claim.

## **PRAYER FOR RELIEF**

45. WHEREFORE, Plaintiff respectfully moves this Honorable Court that should the Defendant fail to produce proof of claim point for point, that this Honorable Court enters a judgment ordering the following remedies:

46. Releases all claims against Plaintiff in relations to this case due to lack of proof of claim and standing.  No further action can be taken against Plaintiff, including but not limited to foreclosure sale, Trustee sale, Quiet Title Action or collections. Remove all derogatory reporting with the credit bureaus, and reporting this account as, "Settled in Full".

47. Mark this Note as "Settled in Full" for the Defendant's own record as well as all public records including but not limited to; all credit bureaus and county records. Return all monies collected on this transaction to date with the same interest as the original promissory note, calculated from the date of the loan, paid in one lump sum. Issue a full reconveyance on the Deed of Trust, any and all other remedies appropriate and necessary deemed by this Honorable Court.

Ronald Rose,

Authorized representative for RONALD ROSE

2565 Hill Road, Lakeport, CA 95453

**VERIFICATION**

I, RONALD ROSE, hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

*Ronald Rose*

Ronald Rose,

Authorized representative for RONALD ROSE

2565 Hill Road, Lakeport, CA 95453

1
2
3

## Exhibit A (Copy of the Initial Qualified Written Request)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>ALEHOX  5/7/10<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>AMERICAN HOME MORTGAGE SERVICING INC<br>4600 REGENT BLVD. STE. 200<br>PO BOX 631730<br>IRVING TX, 75063-1730 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0960 0000 8692 9885 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $1.39 | 0544 |
| Certified Fee | | $2.80 | 06 |
| Return Receipt Fee<br>(Endorsement Required) | | $2.30 | |
| Restricted Delivery Fee<br>(Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.49 | |

Sent To
AMERICAN HOME MORTGAGE SERVICING INC
Street, Apt. No.;
or PO Box No. 4600 REGENT BLVD. STE. 200
City, State, ZIP+4 PO BOX 631730
IRVING TX, 75063-1730

PS Form 3800,

7009 0960 0000 8692 9885

23

**RESPA /TILA REQUEST**

RONALD ROSE
2565 HILL ROAD
LAKEPORT, CA 95453

AMERICAN HOME MORTGAGE (hereafter referred to as LENDER/AGENTS)
4600 REGENT BLVD SUITE 200
PO BOX 631730
IRVING TX 75063-1730
Express Mail # 70090960000086929885          Return Receipt Requested

AMERICAN HOME MORTGAGE SERVICING INC
4600 Regent Blvd., Suite 200, P.O. Box 631730,
Irving, Texas 75063-1730.
Express Mail # 70090960000086929885          Return Receipt Requested

MOSS CODILIS, LLP
6560 GREENWOOD PLAZA BLVD. STE. 100
ENGLEWOOD, CO 80111-7100
Express Mail # 70090960000086929892Return Receipt Requested

MERS CORP
P.O. BOX 2026
FLINT, MI 48501-2026
Certified Mail # 70090960000086929878          Return Receipt Requested

**QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT AND
VALIDATION OF DEBT LETTER, TILA REQUEST**

Date: MAY 6, 2010

**This letter is a "qualified written request" in compliance with and under the Real Estate
Settlement Procedures Act, 12 U.S.C. Section 2605(e).**

Reference: Account # 0012601753 (hereinafter the subject loan and is the reference for all
questions and requests described below).

Dear Sir or Madam:

I am writing to you to complain about the accounting and servicing of this mortgage and my
need for understanding and clarification of various sale, transfer, funding source, legal and
beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, analyses
and records related to the servicing of this account from its origination to the present date.

To date, the documents and information I have, that you have sent me, and the conversations
with your service representatives have been unproductive and have not answered my questions.

Needless to say, I am very concerned. With all the news lately regarding the stories of predatory
lending, you have left me feeling that there is something you are trying to hide. I worry that
potential fraudulent and deceptive practices by unscrupulous mortgage brokers; sales and

transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; deceptive, abusive and fraudulent accounting tricks and practices may have also negatively affected any credit rating, mortgage account and/or the debt or payments that I am currently, or may be legally obligated to.

I hereby demand absolute 1st hand evidence from you of the original uncertificated or certificated security regarding account # 0012601753. In the event you do not supply me with the very security it will be a positive confirmation on your part that you never really created and owned one.

I also hereby demand that a chain of transfer from you to wherever the security is now be promptly sent to me as well. Absent the actual evidence of the security I have no choice but to dispute the validity of your lawful ownership, funding, entitlement right, and the current debt you say I owe. By debt I am referring to the principal balance you claim I owe; the calculated monthly payment, calculated escrow payment and any fees claimed to be owed by you or any trust or entity you may service or sub-service for.

To independently validate this debt, I need to conduct a complete exam, audit, review and accounting of this mortgage account from its inception through the present date. Upon receipt of this letter, please refrain from reporting any negative credit information (if any) to any credit-reporting agency until you respond to each of the requests.

I also request that you conduct your own investigation and audit of this account since its inception to validate the debt you currently claim I owe. I would like you to validate the debt so that it is accurate to the penny!

Please do not rely on previous servicing companies or originators records, assurances or indemnity agreements and refuse to conduct a full audit and investigation of this account.

I understand that potential abuses by you or previous servicing companies could have deceptively, wrongfully, unlawfully, and/or illegally:
Increased the amounts of monthly payments;
Increased the principal balance I owe;
Increased the escrow payments;
Increased the amounts applied and attributed toward interest on this account;
Decreased the proper amounts applied and attributed toward the principal on this account; and/or
Assessed, charged and/or collected fees, expenses and miscellaneous charges I am not legally obligated to pay under this mortgage, note and/or deed of trust.

I request you insure that I have not been the victim of such predatory servicing and lending practices.

To insure this, I have authorized a thorough review, examination, accounting and audit of mortgage account 0012601753 by mortgage auditing and predatory servicing or lending experts. This exam and audit will review this mortgage account file from the date of initial contact, application and the origination of this account to the present date written above.

Again, this is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 section 2605(e) of the United States Code as well as a request under the

Truth In Lending Act 15 U.S.C. section 1601. RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within sixty (60) days of its receipt.

In order to conduct the examination and audit of this loan, I need to have full and immediate disclosure including copies of all pertinent information regarding this loan. The documents requested and answers to my questions are needed by myself and others to ensure that this loan:

1-Was originated in lawful compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Practices Act, HOEPA and other laws;

2-That the origination and/or any sale or transfer of this account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with complete disclosure to all parties with an interest;

3-That you disclose the claimed holder in due course of the monetary instrument/deed of trust/asset is holding such note in compliance with statutes, State and Federal laws and is entitled to the benefits of payments;

4-That all good faith and reasonable disclosures of transfers, sales, Power of Attorney, monetary instrument ownership, entitlements, full disclosure of actual funding source, terms, costs, commissions, rebates, kickbacks, fees etc. were and still are properly disclosed to me, including but not limited to the period commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof;

5-That each servicers and/or sub-servicers of this mortgage has serviced this mortgage in accordance with statute, laws and the terms of mortgage, monetary instrument/deed of trust, including but not limited to all accounting or bookkeeping entries commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof;

6-That each servicers and/or sub-servicers of this mortgage has serviced this mortgage in compliance with local, state and federal statutes, laws and regulations commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof, ;

7-That this mortgage account has been credited, debited, adjusted, amortized and charged correctly and disclosed fully commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof ;

8-That interest and principal have been properly calculated and applied to this loan;

9-That any principal balance has been properly calculated, amortized and accounted for;

10-That no charges, fees or expenses, not obligated by me in any agreement, have been charged, assessed or collected from this account or any other related account arising out of the subject loan transaction.

In order to validate this debt and audit this account, I need copies of pertinent documents to be provided to me. I also need answers, certified, in writing, to various servicing questions. For each record kept on computer or in any other electronic file or format, please provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account or my name.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please also provide copies, front and back, of the following documents regarding account 0012601753:

1-Any certificated or uncertificated security used for the funding of this account;

2-Any and all "Pool Agreement(s)" or "servicing agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any government sponsored entity, hereinafter GSE or other party;

3-Any and all "Deposit Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

4-Any and all "Servicing Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

5-Any and all "Custodial Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

6-Any and all "Master Purchasing Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

7-Any and all "Issuer Agreement(s)" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

8-Any and all "Commitment to Guarantee" agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

9-Any and all "Release of Document" agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

10-Any and all "Master Agreement for Servicer's Principal and Interest Custodial Account" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

11-Any and all "Servicer's Escrow Custodial Account" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;.

12-Any and all "Release of Interest" agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

13-Any Trustee agreement(s) between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and trustee(s) regarding this account or pool accounts with any GSE or other party;

Please also send me copies, front and back, of:

1-Any documentation evidencing any trust relationship regarding the Mortgage/Deed of Trust **and** any Note in this matter;

2-Any and all document(s) establishing any Trustee of record for the Mortgage/Deed of Trust **and** any Note;

3-Any and all document(s) establishing the date of any appointment of Trustee Mortgage/Deed of Trust **and** any Note, including any and all assignments or transfers or nominees of any substitute trustees(s);

4-Any and all document(s) establishing any Grantor for this Mortgage/Deed of Trust **and** any Note;

5-Any and all document(s) establishing any Grantee for this Mortgage/Deed of Trust **and** any Note;

6-Any and all document(s) establishing any Beneficiary for this Mortgage/Deed of Trust **and** any Note;

7-Any documentation evidencing the Mortgage/Deed of Trust is **not** a constructive trust or any other form of trust;.

8-All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel or Fidelity CPI system, or any other similar mortgage servicing software used by you, any servicers, or sub-servicers of this mortgage account from the inception of this account to the date written above.

9-All descriptions and legends of all Codes used in your mortgage servicing and accounting system so the examiners and auditors and experts retained to audit and review this mortgage account may properly conduct their work.

10-All assignments, transfers, allonge, or other documents evidencing a transfer, sale or assignment of this mortgage, deed of trust, monetary instrument or other document that secures payment by me to this obligation in this account from the inception of this account to the present date including any such assignment on MERS.

11-All records, electronic or otherwise, of assignments of this mortgage, monetary instrument or servicing rights to this mortgage including any such assignments on MERS.

12-All deeds in lieu, modifications to this mortgage, monetary instrument or deed of trust from the inception of this account to the present date.

13-The front and back of each and every canceled check, money order, draft, debit or credit notice issued to any servicers of this account for payment of any monthly payment, other payment, escrow charge, fee or expense on this account.

14-All escrow analyses conducted on this account from the inception of this account until the date of this letter.

15-The front and back of each and every canceled check, draft or debit notice issued for payment of closing costs, fees and expenses listed on any and all disclosure statements including, but not limited to, appraisal fees, inspection fees, title searches, title insurance fees, credit life insurance premiums, hazard insurance premiums, commissions, attorney fees, points, etc.

16-Front and back copies of all payment receipts, checks, money orders, drafts, automatic debits and written evidence of payments made by others or me on this account.

17-All letters, statements and documents sent to me by your company.

18-All letters, statements and documents sent to me by agents, attorneys or representatives of your company.

19-All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your account file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicers, servicers, attorney or other representative of your company.

20-All letters, statements and documents contained in this account file or imaged by you, any servicers or sub-servicers of this mortgage from the inception of this account to the present date.

21-All electronic transfers, assignments and sales of the note/asset, mortgage, deed of trust or other security instrument.

22-All copies of property inspection reports, appraisals, BPOs and reports done on my property.

23-All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this mortgage account from the inception of this account to the present date.

24-All checks used to pay invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this account from the inception of this account to the present date.

25-All agreements, contracts and understandings with vendors that have been paid for any charge on this account from the inception of this account to the present date.

26-All account servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, account histories, accounting records, ledgers, and documents that relate to the accounting of this account from the inception of this account to the present date.

27-All account servicing transaction records, ledgers, registers and similar items detailing how this account has been serviced from the inception of this account to the present date.

Further, in order to conduct the audit and review of this account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of this mortgage account from its inception to the present date. Accordingly, please provide me, in writing, the answers to the following questions:

In regards to Account Accounting and Servicing Systems:

1-Please identify for me each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date so that experts can decipher the data provided.

2-For each account accounting and servicing system identified by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the name and address of the company that designed and sold the system.

3-For each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the complete transaction code list for each system so that I, and others can adequately audit this account.

**In regards to Debits and Credits:**
1-In a spreadsheet form or in letter form in a columnar format, please detail for me each and every credit on this account from the date such credit was posted to this account as well as the date any credit was received.

2- In a spreadsheet form or in letter form in a columnar format, please detail for me each and every debit on this account from the date such debit was posted to this account as well as the date any debit was received.

3-For each debit and credit listed, please provide me with the definition for each corresponding transaction code you utilize.

4-For each transaction code, please provide the master transaction code list used by you or previous servicers.

In regards to Mortgage and Assignments:

1-Has each sale, transfer or assignment of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in the county property records in the county and state in which my property is located from the inception of this account to the present date? Yes or No?

2-If not, why?

3-Is your company the servicer of this mortgage account or the holder in due course and beneficial owner of this mortgage, monetary instrument and/or deed of trust?

4-Have any sales, transfers or assignments of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in any electronic fashion such as MERS or other internal or external recording system from the inception of this account to the present date? Yes or No?

5-If yes, please detail for me the names of the seller, purchaser, assignor, assignee or any holder in due course to any right or obligation of any note, mortgage, deed of trust or security instrument I executed securing the obligation on this account that was not recorded in the county records where my property is located whether they be mortgage servicing rights or the beneficial interest in the principal and interest payments.

**In regards to Attorney Fees:**

For purposes of the questions below dealing with attorney fees, please consider attorney fees and legal fees to be one in the same.

1-Have attorney fees ever been assessed to this account from the inception of this account to the present date? Yes or No?

2-If yes, please detail each separate assessment, charge and collection of attorney fees to this account from the inception of this account to the present date and the date of such assessments to this account.

3-Have attorney fees ever been charged to this account from the inception of this account to the present date? Yes or No?

4- If yes, please detail each separate charge of attorney fees to this account from the inception of this account to the present date and the date of such assessments to this account.

5-Have attorney fees ever been collected from this account from the inception of this account to the present date? Yes or No?

6-If yes, please detail each separate collection of attorney fees to this account from the inception of this account to the present date and the date of such assessments to this account.

7-Please provide me with the name and address of each attorney or law firm that has been paid any fees or expenses related to this account from the inception of this account to the present date.

8-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment, charge or collection of attorney fees.

9-Please detail and list for me in writing each separate attorney fee assessed from this account and for which each corresponding payment period or month such fee was assessed from the inception of this account to the present date.

10- Please detail and list for me in writing each separate attorney fee collected from this account and for which each corresponding payment period or month such fee was collected from the inception of this account to the present date.

11-Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reason for such adjustment.

12- Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment was made and the reason for such adjustment.

13-Has interest been charged on any attorney fees assessed or charged to this account? Yes or No?

14-Is interest allowed to be assessed or charged on attorney fees charged or assessed to this account? Yes or No?

15-How much total in attorney fees have been assessed to this account from the inception to the present date?

16-How much total in attorney fees have been collected from this account from the inception to the present date?

17-How much total in attorney fees have been charged to this account from the inception to the present date?

18-Please send me copies of all invoices and detailed billing statements from any law firm or attorney that has billed such fees that have been assessed or collected from this account from the inception to the present date.


**In regards to Suspense/Unapplied Accounts:**

For purposes of this section, please treat the term suspense account and unapplied account as one in the same.

1-Has there been any suspense or unapplied account transactions on this account from the inception of this account until the present date? Yes or No?

2-If yes, please explain the reason for each and every suspense transaction that occurred on this account. If no, please skip the questions in this section dealing with suspense and unapplied accounts.

3-In a spreadsheet or in letter form in a columnar format, please detail for me each and every suspense or unapplied transaction, both debits and credits that has occurred on this account from the inception of this account to the present date.

**In regards to late fees:**

For purposes of my questions below dealing with late fees, please consider the terms late fees and late charges to be one in the same.

1-Have you reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

2-Has any previous servicers or sub-servicers of this mortgage reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

3-Do you consider the payment of late fees as liquidated damages to you for not receiving payment on time? Yes or No?

4-Are late fees considered interest? Yes or No?

5-Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

6-Were any of these expenses or damages charged or assessed to this account in any other way? Yes or No?

7-If yes, please describe what expenses or damages were charged or assessed to this account.

8-Please describe for me in writing what expenses you or others undertook due to any payment I made, which was late.

9- Please describe for me in writing what damages you or others undertook due to any payment I made, which was late.

10-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment or collection of late fees.

11-Please detail and list for me in writing each separate late fee assessed to this account and for which corresponding payment period or month such late fee was assessed from the inception of this account to the present date.

12-Please detail and list for me in writing each separate late fee collected from this account and for which corresponding payment period or month such late fee was collected from the inception of this account to the present date.

13-Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reason for such adjustment.

14-Has interest been charged on any late fee assessed or charged to this account? Yes or No?

15-Is interest allowed to be assessed or charged on late fees to this account? Yes or No?

16-Have any late charges been assessed to this account? Yes or No?

17-If yes, how much in total late charges have been assessed to this account from the inception of this account to the present date?

18-Please provide me with the exact months or payment dates you or other previous servicers or sub-servicers of this account claim I have been late with a payment from the inception of this account to the present date.

19-Have late charges been collected on this account from the inception of this account to the present date? Yes or No?

20-If yes, how much in total late charges have been collected on this account from the inception of this account to the present date?


**In regards to Property Inspections:**
For the purpose of this section property inspection and inspection fee refer to any inspection of property by any source and any related fee or expense charged, assessed or collected for such inspection.

1-Have any property inspections been conducted on my property from the inception of this account to the present date? Yes or No?

2-If your answer is no, you can skip the rest of the questions in this section concerning property inspections.

3-If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for this mortgage, deed of trust or note.

4-Please tell me the price charged for each property inspection.

5-Please tell me the date of each property inspection.

6-Please tell me the name and address of each company and person who conducted each property inspection on my property.

7-Please tell me why property inspections were conducted on my property.

8-Please tell me how property inspections are beneficial to me.

9-Please tell me how property inspections are protective of my property.

10-Please explain to me your policy on property inspections.

11-Do you consider the payment of inspection fees as a cost of collection? Yes or No?

12-If yes, why?

13-Do you use property inspections to collect debts? Yes or No?

14-Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe? Yes or No?

15-If yes, please answer when and why?

16-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment or collection of property inspection fees.

17-Have you labeled in any record or document sent to me a property inspection as a miscellaneous advance? Yes or No?

18-If yes, why?

19-Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee? Yes or No?

20-If yes, why?

21-Please detail and list for me in writing each separate inspection fee assessed to this account and for which corresponding payment period or month such fee was assessed from the inception of this account to the present date.

22- Please detail and list for me in writing each separate inspection fee collected from this account and for which corresponding payment period or month such fee was collected from the inception of this account to the present date.

23-Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment?

24- Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment?

25-Has interest been charged on any inspection fees assessed or charged to this account? Yes or No?

26-If yes, when and how much was charged?

27-Is interest allowed to be charged on inspection fees charged or assessed to this account? Yes or No?

28-How much total in inspection fees has been assessed to this account from the inception of this account to the present date?

29-How much total in inspection fees has been collected on this account from the inception of this account to the present date?

30-Please forward to me copies of all property inspections made on my property in this mortgage account file.

31-Has any fee charged or assessed for property inspections been placed into an escrow account? Yes or No?

**In regards to BPO Fees:**

1-Have any BPOs (Broker Price Opinions) been conducted on my property? Yes or No?

2- If your answer is no, you can skip the rest of the questions in this section concerning BPOs.

3-If yes, please tell me the date of each BPO conducted on my property that is the secured interest for this mortgage, deed of trust or note.

4-Please tell me the price of each BPO.

5-Please tell me who conducted the BPO.

6-Please tell me why BPOs were conducted on my property.

7-Please tell me how BPOs are beneficial to me.

8-Please tell me how BPOs are protective of my property.

9-Please explain your policy on BPOs.

10-Have any BPO fees been assessed to this account? Yes or No?

11-If yes, how much in total BPO fees have been charged to this account?

12-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment, charge or collection of a BPO fee from me.

13-Please send to me copies of all BPO reports that have been done on my property.

14-Has any fee charged or assessed for a BPO been placed into an escrow account? Yes or No?

**In regards to Force-Placed Insurance:**

1-Have you placed or ordered any force-placed insurance policies on my property?

2-If yes, please tell me the date of each policy ordered or placed on my property that is the secured interest for this mortgage, deed of trust or note.

3-Please tell me the price of each policy.

4-Please tell me the agent for each policy.

5-Please tell me why each policy was placed on my property.

6-Please tell me how the policies are beneficial to me.

7-Please tell me how the policies are protective of my property.

8-Please explain to me your policy on force-placed insurance.

9-Have any force-placed insurance fees been assessed to this account? Yes or No?

10-If yes, how much in total force-placed insurance fees have been assessed to this account?

11-Have any force-placed insurance fees been charged to this account? Yes or No?

12-If yes, how much in total force-placed insurance fees have been charged to this account?

13-Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment, charge or collection of force-placed insurance fees from me.

14-Do you have any relationship with the agent or agency that placed any policies on my property? If yes, please describe.

15-Do you have any relationship with the carrier that issued any policies on my property? If yes, please describe.

16-Has the agency or carrier you used to place a forced-placed insurance on my property provided you any service, computer system, discount on policies, commissions, rebates or any form of consideration? If yes, please describe.

17-Do you maintain a blanket insurance policy to protect your properties when customer policies have expired? Yes or No?

18-Please send to me copies of all forced-placed insurance policies that have been ordered on my property from the inception of this account to the present date.

**In regards to Servicing:**

For each of the following questions listed below, please provide me with a detailed explanation in writing that answers each question. In addition, I need the following answers to questions concerning the servicing of this account from its inception to the present date.

1-Did the originator or previous servicers of this account have any financing agreements or contracts with your company or an affiliate of your company?

2-Did the originator or previous servicers of this account receive any compensation, fee, commission, payment, rebate or other financial consideration from your company or affiliate of your company for handling, processing, originating or administering this loan? If yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or other financial consideration paid to the originator of this account by your company or any affiliate.

3-Please identify for me where the originals of this entire account file are currently located and how they are being stored, kept and protected.

4-Where is the original monetary instrument or mortgage I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

5-Where is the original deed of trust or mortgage and note I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

6-Since the inception of this account, has there been any assignment of my monetary instrument/asset to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignments.

7-Since the inception of this account, has there been any assignment of the deed of trust or mortgage and note to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignments.

8- Since the inception of this account, has there been any sale or assignment of the servicing rights to this mortgage account to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignments or sale.

9-Since the inception of this account, have any sub-servicers serviced any portion of this mortgage account? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust or entity that has sub-serviced this mortgage account.

10-Has this mortgage account been made a part of any mortgage pool since the inception of this loan? If yes, please identify for me each and every account mortgage pool that this mortgage has been a part of from the inception of this account to the present date.

11-Has each and every assignment of my asset/monetary instrument been recorded in the county land records where the property associated with this mortgage account is located?

12-Has there been any electronic assignment of this mortgage with MERS (Mortgage Electronic Registration System) or any other computer mortgage registry service or computer program? If yes, identify the name and address of each and every individual, entity, party, bank, trust or organization or servicers that have been assigned to mortgage servicing rights to this account as well as the beneficial interest to the payments of principal and interest on this loan.

13-Have there been any investors (as defined by your industry) who have participated in any mortgage-backed security, collateral mortgage obligation or other mortgage security instrument that this mortgage account has ever been a part of from the inception of this account to the present date? If yes, identify the name and address of each and every individual, entity, organization and/or trust.

14-Please identify for me the parties and their addresses to all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from the inception of this account to the present date.

15-Please provide me with copies of all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from the inception of this account to the present date.

16-How much was paid for this individual mortgage account by you?

17-If part of a mortgage pool, what was the principal balance used by you to determine payment for this individual mortgage loan?

18-If part of a mortgage pool, what was the percentage paid by you of the principal balance above used to determine purchase of this individual mortgage loan?

19-Who did you issue a check or payment to for this mortgage loan?

20-Please provide me with copies of the front and back of the canceled check.

21-Did any investor approve of the foreclosure of my property? Yes or No?

22-Has HUD assigned or transferred foreclosure rights to you as required by 12 USC 3754?

23 Provide any and all due diligence reports by a separate due diligence firm in regards to any pooling agreements that have been generated.

24-Please identify all persons who approved the foreclosure of my property.


Please provide me with the documents I have requested and a detailed answer to each of my questions within the lawful time frame. Upon receipt of the documents and answers, an exam

and audit will be conducted that may lead to a further document request and answers to questions under an additional RESPA Qualified Written Request letter.

Copies of this Qualified Written Request, Validation of Debt, TILA and request for accounting and legal records, Dispute of Debt letter are being sent to FTC, HUD, Thrift Supervision, and all relevant state and federal regulators; and other consumer advocates; and my congressman.

It is my hope that you answer this RESPA request in accordance with law and the questions, documents and validation of debt to the penny and correct abuses or schemes uncovered and documented.

## Default Provisions under this QUALIFIED WRITTEN REQUEST

AMERICAN HOME MORTGAGE or any agents, transfers, or assigns omissions of or agreement by silence of this RESPA REQUEST via certified rebuttal of any and all points herein this RESPA REQUEST, agrees and consents to including but not limited by any violations of law and/or immediate terminate/remove any and all right, title and interest (liens) in RONALD ROSE or any property or collateral connected to RONALD ROSE or account 0012601753 and waives any and all immunities or defenses in claims and or violations agreed to in this RESPA REQUEST including but not limited by any and all:

1-RONALD ROSE's right, by breach of fiduciary responsibility and fraud and misrepresentation revocation and rescinding any and all power of attorney or appointment AMERICAN HOME MORTGAGE may have or may have had in connection with account 0012601753 and any property and/or real estate connected with account 0012601753.

2-RONALD ROSE's right to have any certificated or uncertificated security re-registered in RONALD ROSE's, and only RONALD ROSE's name.

3-RONALD ROSE's right of collection via AMERICAN HOME MORTGAGE's liability insurance and/or bond.

4-RONALD ROSE's entitlement in filing and executing any instruments, as power of attorney for and by AMERICAN HOME MORTGAGE, including but not limited by a new certificated security or any security agreement perfected by filing a UCC Financing Statement with the Secretary of State in the State where AMERICAN HOME MORTGAGE is located.

5-RONALD ROSE's right to damages because of AMERICAN HOME MORTGAGE's wrongful registration, breach of intermediary responsibility with regard to RONALD ROSE's asset by AMERICAN HOME MORTGAGE issuing to RONALD ROSE a certified check for the original value of RONALD ROSE's monetary instrument.

6-RONALD ROSE's right to have account 0012601753 completely set off because AMERICAN HOME MORTGAGE's wrongful registration, breach of intermediary responsibility with regard to RONALD ROSE's monetary instrument/asset by AMERICAN HOME MORTGAGE sending confirmation of set off of wrongful liability of RONALD ROSE and issuing a certified check for the difference between the original value of RONALD ROSE's monetary instrument/asset and

what RONALD ROSE mistakenly sent to AMERICAN HOME MORTGAGE as a payment for such wrongful liability.

AMERICAN HOME MORTGAGE or any transfers, agents or assigns offering a rebuttal of this RESPA REQUEST must do so in the manner of this RESPA REQUEST in accordance of and in compliance with current statutes and/or laws by signing in the capacity of a fully liable man or woman being responsible and liable under the penalty of perjury while offering direct testimony with the official capacity as appointed agent for AMERICAN HOME MORTGAGE in accordance with AMERICAN HOME MORTGAGE's Articles of Incorporation, By Laws duly signed by a current and duly sworn under oath director(s) of such corporation/ Holding Corporation/ National Association. Any direct rebuttal with certified true and complete accompanying proof must be posted with the Notary address herein within sixty days. When no verified rebuttal of this RESPA REQUEST is made in a timely manner, a "Certificate of Non-Response" serves as AMERICAN HOME MORTGAGE's judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.

Power of Attorney: When AMERICAN HOME MORTGAGE fails by not rebutting to any part of this RESPA REQUEST AMERICAN HOME MORTGAGE agrees with the granting unto RONALD ROSE's unlimited Power of Attorney and any and all full authorization in signing and endorsing AMERICAN HOME MORTGAGE's name upon any instruments in satisfaction of the obligations of this RESPA REQUEST/Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligations of this agreement. Consent and agreement with this Power of Attorney by AMERICAN HOME MORTGAGE waives any and all claims of AMERICAN HOME MORTGAGE, and/or defenses and remains in effect until the satisfaction of all obligations by AMERICAN HOME MORTGAGE have been satisfied.

Sincerely,
RONALD ROSE

_____ , 20 _____

**Notice**

*Using a notary on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.*

State of _____ )
                           ) ss.   **JURAT**
County of _____ )

On this _____ day of _____, 20____ before me, _____, a Notary Public in and for the above state and county, personally appeared Ronald:Rose, who proved to me on the basis of satisfactory evidence to be the person(s) who attested and subscribed to the within instrument, by the above-named parties' unlimited commercial liability, as true, correct, complete and not misleading. Witness my hand and seal this _____ day of _____ 20____

_____   Notary Public

PAM MACLEOD
COMM. #1779559
NOTARY PUBLIC · CALIFORNIA
LAKE COUNTY
COMM. EXPIRES NOV. 11, 2011

**Exhibit B (Copy of Second Request)**

3 pages

NOTICE OF NON RESPONSE – RESPA/TILA

DATE : JUNE 25, 2010

AMERICAN HOME MORTGAGE (hereafter referred to as LENDER/AGENTS)
4600 REGENT BLVD SUITE 200
PO BOX 631730
IRVING TX 75063-1730
Express Mail # 7010 0290 0002 1875 6703      Return Receipt Requested

AMERICAN HOME MORTGAGE SERVICING INC
4600 Regent Blvd., Suite 200, P.O. Box 631730,
Irving, Texas 75063-1730.
Express Mail # 7010 0290 0002 1875 6703      Return Receipt Requested

MOSSCODILIS, LLP
6560 GREENWOOD PLAZA BLVD. STE. 100
ENGLEWOOD, CO 80111-7100
Express Mail # 7010 0290 0002 1875 6697      Return Receipt Requested

MERS CORP
P.O. BOX 2026
FLINT, MI 48501-2026
Certified Mail #                              Return Receipt Requested

**LOAN NUMBER** 0012601753

AMERICAN HOME MORTGAGE, Alleged Creditor,

v.

RONALD ROSE, Alleged Debtor

**Re: Having been presented with a QUALIFIED WRITTEN REQUEST, COMPLAINT,
DISPUTE OF DEBT AND VALIDATION OF DEBT LETTER, TILA REQUEST** dated
MAY 6, 2010, sent via Certified Mail #70090960000086929885 , # 70090960000086929885 ,
and having had Notice and opportunity to respond, AMERICAN HOME MORTGAGE and
AMERICAN HOME MORTGAGE SERVICING INC have failed to fully respond.

Gentlemen:

        This letter is lawful notification to you, pursuant to The Bill of Rights of the National
Constitution, in particular, the First, Fourth, Fifth, Sixth and Ninth Amendments, and The Bill of Rights
of the California Constitution, in particular those sections which correspond to those sections referenced
in the National Constitution, and pursuant to your oath, and under the Real Estate Settlement Procedures
Act, 12 U.S.C. Section 2605(e), requires your written response to me specific to the subject matter.
Should you fail to FULLY and COMPLETELY respond to this **NOTICE OF FAULT** and
**OPPORTUNITY TO CURE**, within 10 days, by answering all of the questions in the QUALIFIED
WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT AND VALIDATION OF DEBT LETTER,
TILA REQUEST you agree to the Default Provisions under the QUALIFIED WRITTEN REQUEST.
Your failure to respond to this NOTICE OF FAULT and OPPORTUNITY TO CURE is your lawful,
legal and binding agreement with and admission to the fact that everything in the QUALIFIED

WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT AND VALIDATION OF DEBT LETTER, TILA REQUEST is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.,* 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel,* 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." Any other incomplete responses you may have sent or orders to not corresponded on this matter, are only conditionally accepted, only upon your full and complete response to the items required in the above referenced request letter, which has not occurred according to the record. Verbal replies are not accepted. Any legal threats, charges, or claims that this request is invalid are hereby accepted for value and considered settled.

AMERICAN HOME MORTGAGE, and AMERICAN HOME MORTGAGE, having had opportunity to respond to the "qualified written request" in compliance with and under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e), served upon them by RONALD ROSE, in the matter of LOAN NUMBER 0012601753 on or about MAY 6, 2010 have failed to respond and are in fault. Therefore, their failure to cure is their admission that the "Default Provisions under this QUALIFIED WRITTEN REQUEST" are in full effect.

This 2 page Notice of Fault is cordially presented, All Rights Reserved -- Under Necessity

Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.

If you choose to cure the FAULT, by answering all of the questions in the QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT AND VALIDATION OF DEBT LETTER, TILA REQUEST then do so in writing, completely, on a point for point basis with particularity within 10 days of this letter's date, and support your statements with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in the NOTICE OF FAULT and the QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT AND VALIDATION OF DEBT LETTER, TILA REQUEST is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you. Non -- Assumpsit, All Rights Reserved

By _____   Date_____ 20 ___
Ronald:Rose Agent for  KONALD ROSE

In care of:, **Notary Public**

State of California _____ )
County of Lake _____ )

On  6-25-10 _____ before me,
Sharon Salvador _____, Notary Public (here insert name and title of the officer),
personally appeared  Ronald Rose — _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sharon Salvador_ (Seal)

Notice of Non response

SHARON SALVADOR
Commission # 1869258
Notary Public - California
Lake County
My Comm. Expires Nov 21, 2013

(notary)(12-07)

**Exhibit C (Copy of the Notice of Default)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44

2 pages

RONALD ROSE
c/o Ronald Rose
2565 Hill Road
Lakeport CA 95453
September 22, 2010

TO:   AMERICAN HOME MORTGAGE SERVICING INC
      4600 REGENT BLVD SUITE 200
      IRVING TX 75063-1730

TO:   AMERICAN HOME MORTGAGE SERVICING INC
      4875 BELFORT ROAD SUITE 130
      JACKSONVILLE, FL 32256

TO:   POWER DEFAULT SERVICES INC
      17592 E 17TH STREET, SUITE 300
      TUSTIN CA 92780

TO:   MOSS CODILIS L.L.P.
      6560 GREENWOOD PLAZA BLVD SUITE 100
      ENGLEWOOD CO 80111-7100

TO:   LEHMAN STRUCTURED ASSET INVESTMENT LOAN TRUST
      C/O/ AHMSI
      1525 S BELTLINE ROAD COPPELL, TEXAS 75019

TO:   MERS
      PO Box 2026,
      Flint, MI 48501-2026

Re:   <u>8701 GOLDEN KINGS BEACH, CA 96143</u>
      Loan Number:          0012601753
      Instrument Number:    2010-0044952
      T.S. Number:          10-09490-6


## Notice of Default and Cease and Desist

Thank you for your recent response to my qualified written request for proof of claim. Your copy of the note was not what I had asked for as required by law and I am hereby notifying you that you have exhausted your administrative remedy.

By your inability and unwillingness to stipulate that you are:

   a)  A Note Holder of Due Course.



  b) A Creditor of the Instrument as you can and have not provide GAAP book
     entry debit evidence of the transaction
  c) A wet ink signature original note as required by law.

You have violated the requirements of RESPA, and by your actions provide
prima facie evidence that you are attempting to collect money on the basis of
fraud.

I have filed a Notice of Default on this property with the 8701 GOLDEN KINGS
BEACH, CA 96143 County Recorder's Office.

You no longer have any claims over my property.


Have a nice day.                              Sincerely

                                             Authorized Representative

1
2

# Exhibit D: Affidavit of Truth

Ronald Rose
2565 Hill Road
Lakeport, CA 95453

# AFFIDAVIT AND COMPLAINT
## Summary Actions of Ronald Rose

State of _California_ )
                              : Affirmed
County of _Lake_ )

"Indeed 'no more than (an affidavit) is necessary to make the prima facie case.'" (United States v. Kiss 658 F. 2d 526, 536 (7th Cir. 1981), cert. denied. 50 U.S.L.W. 2169 (S Ct 3/22/82) .

"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State." - Article IV, Section 1, united States Constitution.

I, Ronald Rose, the undersigned, do hereby say and solemnly Affirm under pains and penalties of Perjury: I am a natural born sovereign Elector (de jure 'Posterity") of Lawful adult age and otherwise competent to make this Affidavit; and

Ronald Rose, as a secured party on a properly executed warranty deed is the one true owner fully vested with all rights to the property at 8701 Golden Ave, Kings Beach CA 96143

Ronald Rose states that OPTION ONE MORTGAGE's actions of fraud and deceit have foundation in Taylor v. State Compensation Insurance Fund, 175 Mont. 432, 913 P.2d 1242 (1996) wherein order to sustain a claim of fraud, claimant was required to plead and prove each of the nine elements of fraud: (1) a representation; (2) falsity of the representation; (3) materiality of the representation; (4) speaker's knowledge of the falsity of the representation; (5) the speaker's intent it should be relied upon; (6) the hearer's ignorance of the falsity of the representation; (7) the hearer's reliance on the representation; (8) the hearer's right to rely on the representation; and (9) the hearer's consequent and proximate injury caused by reliance on the representation.

Ronald Rose believes that all of the above elements exist and having knowledge has reason to believe that on the date of the execution of the Promissory Note, and accompanying MORTGAGE document, the relevant information contained therein was false and materially deceptive, and unfair business trade practices were used to conceal the true nature of the transaction INCLUDING but not limited to:

(1)     A representation: Mortgage Defendants represented that they were going to fund the loan.

(2)     Falsity of the representation: Mortgage Defendants did not in fact loan money to Ronald Rose.

(3)     Materiality of the representation: OPTION ONE MORTGAGE and AMERICAN HOME MORTGAGE SERVICING INC.'s misrepresentations were material because the facts are that under the current monetary system of the USA, the lender loans no money to the borrower as alleged in the loan application or loan documents.

(4)     Speaker's knowledge of the falsity of the representation:
The lender falsely stated the lender was loaning money prior to closing, and the title / escrow person who received the check(s) are able to see that the "lender" does not transfer funds into the escrow account and that the source of the funds is

from elsewhere but falsely represented that funds did come from the "lender".

(5)    The speaker's intent it should be relied upon: OPTION ONE MORTGAGE's words were relied upon by Ronald Rose in good faith. Consequently Ronald Rose was then defrauded during the process of funding and closing the alleged loans.

(6)    The hearer's ignorance of the falsity of the representation: Ronald Rose was not privy to the source of funds and was not in an equal or similarly situated business posture as Mortgage Defendants at the time of the Contract formation period, and was taken advantage of by the unfair business practices brought on by OPTION ONE MORTGAGE, and they were relied upon to the detriment of the Ronald Rose as Ronald Rose was fraudulently induced to pay money of exchange (currency exchanged for a substantial portion of Ronald Rose's commercial energy) for money of account (Credit on Account as was created by Defendant(s), out of nothing).

(7)    The hearer's right to rely on the representation:  Ronald Rose relied upon OPTION ONE MORTGAGE's offer and was given a good faith estimate, assurances, written agreement, and words that Ronald Rose had a right to rely on, and because Ronald Rose did rely upon the acts, deeds and inducement by Mortgage Defendants who had superior knowledge, and because it is an industry standard operation, Ronald Rose relied upon these representations as were made about the so called "loan".

(8)    The hearer's consequent and proximate injury caused by reliance on the representation: Ronald Rose's reliance upon fraud in statements and writings provided to him by parties in superior position precluded Ronald Rose from appreciating the essential elements of the undertaking. Ronald Rose's reliance gave forth to consequent and proximate injuries for:

        -Loss by conversion under contract
        -Financial instability of the home unit due to usury.
        -Interfering with financial stability.

Loss of use and enjoyment of funds which were paid in unfair advantage to OPTION ONE MORTGAGE.

OPTION ONE MORTGAGE and AMERICAN HOME MORTGAGE SERVICING INC. and their officers, and other Banking, Financial, Political, and/or Real Estate Institutions, (unknown at this time) have all knowingly, or unknowingly, conspired against the working class population of the good PEOPLE OF THE County of PLACER and State of CALIFORNIA  to submerge the common people in a mountain of perpetual and un-payable debt. The Federal Reserve Banking Corporation of which Mortgage Defendants are each a franchise agent, has demonstrated an historical and documentable track record of purposefully expanding and contracting the money supply at timed intervals so as to purposefully dispossess economically vulnerable Americans from their property. This Ronald Rose and all of the good people of PLACER County, the State of CALIFORNIA, and the United States are the pointed targets of a conspiracy by Mortgage Defendants and other banking corporations, to reduce the people of America to a class of obedient and broken slaves in a society with substantially less constitutional rights and in a mirror image likeness to that of Nazi Germany or the previous Soviet Union.

OPTION ONE MORTGAGE and AMERICAN HOME MORTGAGE SERVICING INC. and its officers are active causes of and participants in the present increase in the foreclosure rate in this state. This Ronald Rose does not know whether the individual officers are knowledgeable or not of their criminality, but they have caused detriment and damage to this Ronald Rose, and every homeowner in this state by the manner in which they entered into this, and the majority of their other lending contracts.

Ronald Rose claims that OPTION ONE MORTGAGE and AMERICAN HOME MORTGAGE SERVICING INC. operate in a pattern, practice and course of conduct which constitutes a criminal enterprise in violation of Federal and State Racketeering Statutes. Said Defendants regularly engage in cooperative efforts to deprive the public of property and cash under an elaborate scheme or artifice where the unaware public unknowingly enters into contracts under fraudulent terms wherein they are systematically loaned credit when they were led to believe that they were being loaned real money, and are thereby placed into peonage and usury due to a lack of consideration by the mortgage company.

Ronald Rose claims that OPTION ONE MORTGAGE and AMERICAN HOME MORTGAGE SERVICING INC. operate in a pattern, practice and course of conduct which constitutes a criminal enterprise in violation of Federal and State Racketeering Statutes. Said Defendants regularly engage in cooperative efforts to deprive the public of property and cash under an elaborate scheme or artifice where: in order for the public to close on a loan, they are deceived, by a person who is in a superior position, into gifting their property away under the conveyance and security instruments including a MORTGAGE, the nature of which was not fully disclosed, which in turn precluded this Ronald Rose from appreciating the essential elements of the undertaking.

Ronald Rose claims that OPTION ONE MORTGAGE and AMERICAN HOME MORTGAGE SERVICING INC. operate in a pattern, practice and course of conduct which constitutes a criminal enterprise in violation of Federal and State Racketeering Statutes. Said Defendants regularly engage in cooperative efforts to deprive the public of property and cash under an elaborate scheme or artifice wherein said Defendants systematically engage in a foreclosure process and deprive the public of property, upon a fraudulent process founded upon fraudulent documents.

Ronald Rose claims that OPTION ONE MORTGAGE and AMERICAN HOME MORTGAGE SERVICING INC. operate in a pattern, practice and course of conduct which constitutes a criminal enterprise in violation of Federal and State Racketeering Statutes. Said Defendants regularly engage in cooperative efforts to deprive the public of property and cash under an elaborate scheme or artifice where this systematic usury and deprivation are the cause of consequent and proximate injuries under the Civil RICO Statutes.

Defendants knew or should have known that they fraudulently made a false oath or account, a violation of State and Federal Law.

Defendants knew or should have known that they fraudulently presented or used a false claim, a violation of Federal and State law.

Defendants knew or should have known that they fraudulently caused a False Security Instrument or Counterfeit Security to be created.

Defendants are engaging in a pattern and practice of conduct that constitutes a criminal enterprise in violation of State and Federal RICO statutes.

X _____        _____ , 20 ___
Ronald Rose