IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSE,

    Plaintiff,    CIV. NO. S-10-3250 FCD GGH PS

    vs.

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

    Defendants.    ORDER
_____/

    Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 72-302(c)(21). Defendant's motion to dismiss is presently noticed for hearing on the March 3, 2011, law and motion calendar of the undersigned. Plaintiff was previously ordered to show cause for his failure to file an opposition to the motion. On February 17, 2011, plaintiff filed a response indicating that he has diligently attempted to obtain counsel, to no avail. He also states that he has suffered seven strokes and a triple bypass. He requests: an order for defendant to "produce proof of ownership of the outstanding promissory notes," thirty days to amend should his complaint be found inadequate, and that the action be remanded to state court.

\\\\\

\\\\\

\\\\\

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  The hearing date of March 3, 2011 is vacated.

3    2.  Plaintiff is granted thirty days from the date of this order in which to obtain counsel, if possible, and file and serve an opposition.  No further extensions will be granted.

DATED: February 24, 2011                    /s/ Gregory G. Hollows

    _____
    GREGORY G. HOLLOWS
    U. S. MAGISTRATE JUDGE

GGH:076:Rose3250.36.wpd