IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSE,

      Plaintiff,                            CIV. NO. S-10-3250 FCD GGH PS

    vs.

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

      Defendants.                       ORDER TO SHOW CAUSE

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed December 6, 2010, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed in state court on October 15, 2010, and removed to this court by defendant American Home Mortgage Servicing, Inc. on December 6, 2010. The state court documents attached to the notice of removal indicate that only AHMSI was served with the complaint. Option One Mortgage was not served, and plaintiff has not yet

////

////

1

served this defendant with summons.[1]

Accordingly, IT IS HEREBY ORDERED that: Plaintiff shall show cause, in writing, within fourteen days from the date of this order, why defendant Option One Mortgage should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Failure to *timely* file the required writing will result in a recommendation that this defendant be dismissed.

DATED: July 22, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Rose3250.osc.wpd

---

[1] A filing by AHMSI on December 6, 2010, (dkt. # 2), indicates that Option One Mortgage is now known as Sand Canyon Corporation.