IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSE,

      Plaintiff,                                  CIV S-10-3250 KJM GGH PS

      vs.

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

      Defendants.                     <u>ORDER</u>

_____/

        On September 27, 2011, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

1  Accordingly, IT IS ORDERED that the Findings and Recommendations filed
2  September 27, 2011, are ADOPTED and defendant Option One Mortgage is dismissed without
3  prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).
4  DATED: January 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

rose3250.jo-2