IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSE,

      Plaintiff,                                      CIV. NO. S-10-3250 FCD GGH PS

      vs.

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

      Defendants.                                   <u>ORDER</u>
_____/

      Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 72-302(c)(21). Defendant American Home Mortgage Servicing, Inc's motion for judgment on the pleadings is presently noticed for hearing on the April 26, 2012, law and motion calendar of the undersigned. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 230(g).

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The April 26, 2012 hearing on the motion for judgment on the pleadings, filed March 8, 2012, is vacated; and

2. The motion is submitted on the record.

DATED: April 19, 2012

        /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Rose3250.vac2.wpd