IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSE,

    Plaintiff,  CIV. NO. S-10-3250 KJM GGH PS

    vs.

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

    Defendants.  <u>FINDINGS AND RECOMMENDATIONS</u>
_____/

    Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 302(c)(21).  Presently under submission is defendant American Home Mortgage Servicing, Inc.'s ("AHMSI") motion for judgment on the pleadings, filed March 8, 2012. Because plaintiff did not file an opposition, the court took the motion under submission without a hearing.

    E.D. Local Rule 230(c) provides that "no party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."  Rule 230(i) provides "failure to appear may be deemed withdrawal of ... opposition to the motion...."  Not only has plaintiff failed to oppose a motion for judgment on the pleadings, he previously failed to oppose a previous motion to dismiss, prompting this court to issue an order to show cause on February 7, 2011.

1    With this history in mind, the undersigned has now reviewed the papers in support
2 of the current motion. AHMSI's motion for judgment on the pleadings for the most part has
3 merit. Plaintiff's FDCPA, RESPA and Title 18 U.S.C. § 2701 claims should be dismissed.
4 AHMSI's motion is deficient only in asserting that there is no private right of action under
5 RESPA. Plaintiff's claim arises under section 2605, which provides for individual recovery. See
6 12 U.S.C. 2605(f). Nevertheless, this claim is time barred since the deed of trust was executed
7 on January 16, 2004, and this action was filed on October 15, 2010. (Def.'s Mot., Ex. 1.) See
8 12 U.S.C. § 2614 (providing for one year statute of limitations period for violations of §§ 2607
9 and 2608, and three year limitations period for violations of § 2605). Therefore, the motion
10 should be granted in full.

11    Accordingly, IT IS HEREBY RECOMMENDED that: Defendant AHMSI's
12 motion for judgment on the pleadings, filed March 8, 2012, (Dkt. no. 28) be granted, and this
13 action be dismissed.

14    These findings and recommendations are submitted to the United States District
15 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within
16 fourteen (14) days after being served with these findings and recommendations, any party may
17 file written objections with the court and serve a copy on all parties. Such a document should be
18 captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the
19 objections shall be served and filed within seven (7) days after service of the objections. The
20 parties are advised that failure to file objections within the specified time may waive the right to
21 appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
22 DATED: May 29, 2012

23                             /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE
24 GGH:076/Rose3250.fr.wpd

25
26