1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9    RONALD ROSE,

10              Plaintiff,                        CIV. NO. S-10-3250 KJM GGH PS

11          vs.

12
     AMERICAN HOME MORTGAGE
13   SERVICING, INC., et al.,

14              Defendants.                       FINDINGS AND RECOMMENDATIONS
     _____/

15

16          Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to

17   Local Rule 302(c)(21).  Presently under submission is defendant American Home Mortgage

18   Servicing, Inc.'s ("AHMSI") motion for judgment on the pleadings, filed March 8, 2012.

19   Because plaintiff did not file an opposition, the court took the motion under submission without a

20   hearing.

21          E.D. Local Rule 230(c) provides that "no party will be entitled to be heard in

22   opposition to a motion at oral arguments if opposition to the motion has not been timely filed by

23   that party."  Rule 230(i) provides "failure to appear may be deemed withdrawal of ... opposition

24   to the motion...."  Not only has plaintiff failed to oppose a motion for judgment on the pleadings,

25   he previously failed to oppose a previous motion to dismiss, prompting this court to issue an

26   order to show cause on February 7, 2011.

1    With this history in mind, the undersigned has now reviewed the papers in support

2    of the current motion.  AHMSI's motion for judgment on the pleadings for the most part has

3    merit.  Plaintiff's FDCPA, RESPA and Title 18 U.S.C. § 2701 claims should be dismissed.

4    AHMSI's motion is deficient only in asserting that there is no private right of action under

5    RESPA.  Plaintiff's claim arises under section 2605, which provides for individual recovery.  See

6    12 U.S.C. 2605(f).  Nevertheless, this claim is time barred since the deed of trust was executed

7    on January 16, 2004, and this action was filed on October 15, 2010.  (Def.'s Mot., Ex. 1.)  See

8    12 U.S.C. § 2614 (providing for one year statute of limitations period for violations of §§ 2607

9    and 2608, and three year limitations period for violations of § 2605).  Therefore, the motion

10   should be granted in full.

11   Accordingly, IT IS HEREBY RECOMMENDED that: Defendant AHMSI's

12   motion for judgment on the pleadings, filed March 8, 2012, (Dkt. no. 28) be granted, and this

13   action be dismissed.

14   These findings and recommendations are submitted to the United States District

15   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

16   fourteen (14) days after being served with these findings and recommendations, any party may

17   file written objections with the court and serve a copy on all parties.  Such a document should be

18   captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the

19   objections shall be served and filed within seven (7) days after service of the objections.  The

20   parties are advised that failure to file objections within the specified time may waive the right to

21   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

22   DATED: May 29, 2012

23                                      /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

24   GGH:076/Rose3250.fr.wpd

25

26